

FILED
NOV - 6 2014
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MARGA L. BUSHARA,

        Plaintiff,

v.                                        Civil Action No. 1:14CV1496 LO/IDD

IKEA U. S. EAST, LLC,

        Defendant.

## NOTICE OF REMOVAL

Ikea U. S. East, LLC (the "Defendant"), by counsel and in accordance with 28 USC § 1441, provides the following Notice of Removal:

1.     The Plaintiff, Marga L. Bushara, is a citizen and resident of the Commonwealth of Virginia.

2.     The Defendant is a limited liability company organized under the laws of the state of Delaware with its principal place of business in Pennsylvania. The Defendant is a wholly-owned subsidiary of Ikea Property, Inc., a Pennsylvania corporation with its principle place of business in Pennsylvania.

3.     This Court has original jurisdiction of this action by reason of the amount in controversy (the Plaintiff's lawsuit seeks $90,000.00, exclusive of interest and costs) and the diversity of citizenship of the parties under 28 USC § 1332(a)(1).

4.     The Plaintiff filed a Complaint in the Circuit Court of the County of Prince William, Virginia, on October 7, 2014, seeking damages for personal injuries allegedly sustained in a February 7, 2013 accident that occurred when the Defendant was walking toward an entrance of the Defendant's store. The Plaintiff served a copy of the Complaint on the

Defendant's Virginia registered agent on October 14, 2014. A copy of the Complaint is attached as **Exhibit A**.

5. On October 30, 2014, the Defendant filed a timely Answer to the Plaintiff's Complaint, a copy of which is attached as **Exhibit B**. No further proceedings have transpired in the action now pending in the Circuit Court of Prince William County, Virginia.

6. The Defendant timely filed this Notice of Removal under 28 U.S.C. §1446(b) and within 30 days of the date service was perfected on the Defendant, and the Notice of Removal is filed within one year of the Plaintiff's commencement of this action in the Circuit Court of Prince William County.

7. Venue is proper in this Court because it is in the same district and division where the state court action was pending before removal.

8. The undersigned counsel of record for the Defendant is authorized to effect removal on the Defendant's behalf.

9. The Defendant has contemporaneously provided a copy of the Notice of Removal to both the Plaintiff's attorney and the Clerk of the Circuit Court of Prince William County.

10. The Defendant reserves the right to amend, alter or supplement this Notice of Removal at any time before or during trial.

WHEREFORE, Ikea U.S. East, LLC, respectfully requests that this Court accept removal and jurisdiction of this case from the Circuit Court of the County of Prince William.

IKEA U. S. EAST, LLC

By Counsel

_____
David W. Hearn (VSB No. 37347)
Ian Lambeets (VSB No. 84079)
SANDS ANDERSON PC
1111 East Main Street, Suite 2400
Richmond, VA 23219-1998
804-783-7290 – phone
804-783-7291 – fax
dhearn@SandsAnderson.com
ilambeets@SandsAnderson.com
*Counsel for the Defendant*

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice of Removal was mailed first-class and postage pre-paid on this 5th day of November, 2014, to the following counsel of record:

    Kathleen M. Smith, Esquire
    ALLEN, ALLEN, ALLEN & ALLEN
    3504 Plank Road
    Fredericksburg, VA 22407
    *Counsel for the Plaintiff*

    Michele B. McQuigg, Clerk
    Prince William Circuit Court
    9311 Lee Avenue
    Manassas, VA 20110

_____
Ian Lambeets